CHARLES S. KENT, Respondent, *v.* ASA K. WEST, Impleaded with GEORGE F. WEST et al., as Committee of the Person and Property of ASA K. WEST, Appellants.

*Kent* v. *West*, 16 App. Div. 496, affirmed.
(Submitted October 18, 1897 ; decided November 23, 1897.)

APPEAL from an order and judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered June 15, 1897, which affirmed an order of Special Term denying a motion to restrain the prosecution of the action and to punish the plaintiff for contempt of court in prosecuting it.

*Jenney & Jenney* for appellants.

*E. N. Wilson* for respondent.

Order and judgment affirmed, with costs ; no opinion. All concur.